IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

**Betty Ellen Crumidy, Guardian of** :
**Milan D. Hoagland, Incapacitated Person** :
                                               : No.: 1:23-cv-02455-ESK-SAK
                                               :
                          **Plaintiff** :
                                                 :
                                               : **[PROPOSED] ENTRY**
       **v.**                                       : **OF DEFAULT**
                                               :
**Robyn Wramage-Caporoso, CEO,** *et al.* :
                                               :
                                               :
                          **Defendants** :

_____

Plaintiff Betty Ellen Crumidy, Guardian of Milan D. Hoagland ("Plaintiff"), requests that the Clerk of Court enter default against Defendants Demetrius Mose, HST, and Zachary Walton, CN pursuant to Federal Rule of Civil Procedure 55(a). Defendants Mose and Walton have failed to plead or otherwise defend. Accordingly, the default by Defendants Demetrius Mose, HST, and Zachary Walton, CN is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Date : _____, 2024

                                                                           _____
                                                                           Melissa E. Rhoads, Esq.
                                                                           Clerk of Court

**EISENBERG, ROTHWEILER,**
  **WINKLER, EISENBERG & JECK, P.C.**
Nancy J. Winkler, Esq. (NJ Bar No. 030381987)
Todd A. Schoenhaus, Esq. (NJ Bar No. 006661997)
Stephan A. Cornell, Esq. (*pro hac vice*)
1634 Spruce Street
Philadelphia, PA 19103
(215) 546-6636 (Tel.)
(215) 546-3941 (Fax)
nancy@erlegal.com
todd@erlegal.com
stephan@erlegal.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

___

| | |
|---|---|
| **Betty Ellen Crumidy, Guardian of** : | |
| **Milan D. Hoagland, Incapacitated Person** : | |
| : | No.: 1:23-CV-02455-ESK-SAK |
| : | |
| **Plaintiff** : | |
| : | **REQUEST FOR CLERK'S** |
| : | **ENTRY OF DEFAULT BY** |
| v. : | **DEMETRIUS MOSE, HST** |
| : | **AND ZACHARY WALTON,** |
| **Robyn Wramage-Caporoso, CEO,** *et al.* : | **CN** |
| : | |
| : | |
| **Defendants** : | |

___

**TO:**  Demetrius Mose, HST
         810 S. Dr. Thomas Ave.
         Mobile, AL 36610

Zachary Walton, CN
1630 Reed Road
Pennington, NJ 08534

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Betty Ellen Crumidy, Guardian of Milan D. Hoagland, Incapacitated Person, hereby requests entry of default against Defendants Demetrius Mose, HST and Zachary Walton, CN for failure to plead or otherwise defend. A supporting declaration of Plaintiff's counsel is attached hereto.

                                    **EISENBERG, ROTHWEILER,**
                                    **WINKLER, EISENBERG & JECK, P.C.**

                    BY:  *s/Todd A. Schoenhaus*
                            NANCY J. WINKLER, ESQ.
                            TODD A. SCHOENHAUS, ESQ.
                            STEPHAN A. CORNELL, ESQ. (*pro hac vice*)
                            1634 Spruce Street
                            215-546-6636
                            215-546-3941 (fax)
                            nancy@erlegal.com
                            todd@erlegal.com
                            stephan@erlegal.com
                            Philadelphia, PA 19103
                            Attorneys for Plaintiff

Date: August 12, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

**Betty Ellen Crumidy, Guardian of** :
**Milan D. Hoagland, Incapacitated Person** :
: No.: 1:23-cv-02455-ESK-SAK
:
**Plaintiff** : DECLARATION OF TODD A.
: SCHOENHAUS IN SUPPORT
**v.** : OF REQUEST FOR CLERK'S
: ENTRY OF DEFAULT BY
**Robyn Wramage-Caporoso, CEO,** *et al.* : DEMETRIUS MOSE, HST
: AND ZACHARY WALTON, CN
:
**Defendants** :
_____

I, Todd A. Schoenhaus, Esquire, do hereby declare as follows:

1. I am an attorney licensed to practice before this Court, and am a shareholder at the law firm of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Along with Nancy Winkler, Esquire, I am counsel for Plaintiff. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Plaintiff filed a Complaint in this action on May 4, 2023. Dkt. No. 1.

3. Defendant Zachary Walton, CN ("Defendant Walton"), was served with the Summons and Complaint on July 11, 2023, when those papers were hand-

delivered to his mother, Christine Perkins, at Mr. Walton's address or usual place of abode located at 1630 Reed Road, Pennington, NJ 08534.

4. On July 24, 2023, Plaintiff's counsel filed with this Court proof of service of the Summons and Complaint on Defendant Walton. Dkt. No. 6.

5. On September 8, 2023, counsel from the New Jersey Office of the Attorney General, Department of Law and Public Safety, Division of Law (the "Office") wrote the Court and requested "an extension of time until October 27, 2023, to respond to Plaintiff[']s Complaint . . . to ensure the accuracy and completeness of the pleading that this office may file on behalf of whichever defendants this office will be representing." Dkt. No. 7 at 2.

6. The Court granted the Office's request for extension on September 12, 2023, setting a responsive-pleading deadline of October 27, 2023. Dkt. No. 8 at 2.

7. By letter of October 26, 2023, the Office informed the Court that it had coordinated with Plaintiff's counsel to waive service for Certain Defendants, triggering a responsive-pleading deadline of December 26, 2023. Dkt. No. 38. "Unless the Court directs otherwise," the Office noted, "the parties presume the deadline is acceptable." *Id.* at 2.

8. Defendant Demetrius Mose ("Defendant Mose") was served with the Summons and Complaint on October 30, 2023, when those papers were hand-

delivered to him at his residence or usual place of abode located at 810 S. Dr., Thomas Ave., Mobile, Alabama 36610.

9. On November 22, 2023, Plaintiff's counsel filed with this Court proof of service of the Summons and Complaint on Defendant Mose. Dkt. No. 40.

10. By letter of December 26, 2023, the Office requested an extension until January 25, 2024 to file Defendants' responsive pleadings. Dkt. No. 41. at 1.

11. The same day, this Court granted the Office's request and extended the responsive-pleading deadline until January 25, 2024. Dkt. No. 42.

12. On January 25, 2024, the Office again wrote the Court. Dkt. No. 43. Outlining difficulties encountered in retaining outside counsel for Defendants, the Office requested an extension of the responsive-pleading deadline until February 8, 2024. *Id.* at 2.

13. On January 26, 2024, the Court granted the Office's request and extended the responsive-pleading deadline until February 8, 2024. Dkt. No. 45.

14. Defendants Mose and Walton failed to file any responsive pleading on February 8, 2024. To date, they have failed to file responses to Plaintiff's Complaint or otherwise defend in this action.

15. Accordingly, Plaintiff respectfully requests that default be entered against Defendant Mose and Defendant Walton.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of August 2024 in Philadelphia, Pennsylvania.

s/Todd A. Schoenhaus<br>
Todd A. Schoenhaus

**EISENBERG, ROTHWEILER,**
  **WINKLER, EISENBERG & JECK, P.C.**
Nancy J. Winkler, Esq. (NJ Bar No. 030381987)
Todd A. Schoenhaus, Esq. (NJ Bar No. 006661997)
Stephan A. Cornell, Esq. (*pro hac vice*)
1634 Spruce Street
Philadelphia, PA 19103
(215) 546-6636 (Tel.)
(215) 546-3941 (Fax)
nancy@erlegal.com
todd@erlegal.com
stephan@erlegal.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

___

| | |
|---|---|
| **Betty Ellen Crumidy, Guardian of** : <br> **Milan D. Hoagland, Incapacitated Person** : <br> : <br> **Plaintiff** : <br> : <br> **v.** : <br> : <br> **Robyn Wramage-Caporoso, CEO,** *et al.* : <br> : <br> : <br> **Defendants** : | No.: 1:23-cv-02455-ESK-SAK <br><br> **CERTIFICATE OF SERVICE** |

___

I, Todd A. Schoenhaus, of full age, hereby certify as follows:

I am an attorney at law admitted to practice in this Court and a shareholder with the law firm of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., attorneys for Plaintiff, Betty Ellen Crumidy, Guardian of Milan D. Hoagland, Incapacitated Person.

I hereby certify that a true and correct copy of the foregoing Request for Clerk's Entry of Default by Demetrius Mose, HST, and Zachary Walton, CN; Declaration of Todd A. Schoenhaus in Support of Request for Clerk's Entry of Default by Demetrius Mose, HST, and Zachary Walton, CN; and Proposed Entry of Default was filed via CM/ECF and a copy served on all counsel of record via CM/ECF on this date.  I further certify that a copy of the aforementioned papers was served by U.S. Mail on Defendant Demetrius Mose, HST at his residence or usual place of abode located at 810 S. Dr., Thomas Ave., Mobile, Alabama 36610 and on Defendant Zachary Walton, CN at his residence or usual place of abode located at 1630 Reed Road, Pennington, NJ 08534.

          **EISENBERG, ROTHWEILER,**
          **WINKLER, EISENBERG & JECK, P.C.**

BY:   *s/Todd A. Schoenhaus*
      TODD A. SCHOENHAUS, ESQUIRE
      1634 Spruce Street
      215-546-6636
      215-546-3941 (fax)
      todd@erlegal.com
      Philadelphia, PA  19103

Date: August 12, 2024      Attorneys for Plaintiff